IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN MELTON                                                      PLAINTIFF

v.                                     No. 3:21-cv-194-DPM

CITY OF FORREST CITY, ARKANSAS
and CEDRIC WILLIAMS, in his official
and individual capacities                                        DEFENDANTS

JUDGMENT

Melton's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2023