IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 18 2026
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

STEVEN MELTON                                                  PLAINTIFF

v.                        No. 3:21-cv-194-DPM

CITY OF FORREST CITY, ARKANSAS
and CEDRIC WILLIAMS, in his official
and individual capacities                                     DEFENDANTS

## JUDGMENT

Melton's complaint is dismissed with prejudice. The Court retains jurisdiction until 17 August 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_18 June 2026_